**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-22206-KMM

COLE SIGNORELLO, *et al.*,

      Plaintiffs,

v.

SERRE FULTON MURPHY,

      Defendant.

_____/

## <u>FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION</u>

THIS CAUSE came before the Court upon the Motion for Final Default Judgment (the "Motion" or "Mot.") filed by Plaintiffs Cole Signorello and Porter Neubauer ("Plaintiffs"). (ECF No. 46). Therein, Plaintiffs request that the Court enter Final Default Judgment against Defendant Serre Fulton Murphy ("Defendant"). *See generally id.* The Court previously entered an Order adopting in part Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment (ECF No. 20) and granting in part the Motion for Default Judgment. *See generally* (ECF No. 45). Therein, the Court also directed Plaintiffs to file a motion for final default judgment conforming to the Court's findings, also allowing a motion addressing any monetary awards beyond what the Court had already granted. *See id.* at 14.

Plaintiffs have now done so in the Motion, indicating they are only seeking $25,000 per Plaintiff in general damages and that they do not seek attorney's fees, with taxable costs to be set by the Clerk of Court upon a timely bill of costs. *See* Mot. at 2 ("Plaintiffs understand that, because they seek only general damages the Court recognized as 'well within the range' and supported by the existing affidavits—and are not seeking attorneys' fees or other categories the Court

questioned—additional legal briefing beyond what appears in their prior Pleadings, Affidavits and Objections is unnecessary.  Plaintiffs therefore incorporate their Objections by reference (ECF No. 42).").  Defendant did not respond to the Motion, and the time to do so has passed.  The matter is now ripe for review.

Accordingly, pursuant to Federal Rule of Civil Procedure 58(d), consistent with this Court's previous Order adopting in part Magistrate Judge Elfenbein's Report and Recommendation and granting in part Plaintiffs' Motion for Default Judgment (ECF No. 45), and UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion for Final Default Judgment (ECF No. 46) is GRANTED.

2.      Final Default Judgment is ENTERED in favor of Plaintiffs Cole Signorello and Porter Neubauer and against Defendant Serre Fulton Murphy as to Count I of the Complaint (ECF No. 1) for defamation.

3.      Consistent with the Court's Order granting in part Plaintiffs' Motion for Default Judgment (ECF No. 45), Count II for intentional infliction of emotional distress, Count III for declaratory judgment, and Count IV for fraudulent inducement of the Complaint are DISMISSED.

4.      Pursuant to Federal Rule of Civil Procedure 65, and consistent with the Court's previous Order (ECF No. 45), as to Count I of the Complaint for defamation, Defendant Serre Fulton Murphy is hereby PERMANENTLY RESTRAINED AND ENJOINED from:

a. Maintaining any and all existing Internet or other digital or physical posts of any kind that assert or imply that one or both Plaintiffs attacked, assaulted, robbed, or otherwise committed criminal acts against or harmed Defendant, which posts of this nature Defendant shall permanently remove forthwith;

2

b. Making or republishing any statements asserting or implying that one or both Plaintiffs attacked, assaulted, robbed, or otherwise committed criminal acts against or harmed Defendant, including making any outreach or causing any outreach to be made to one or both Plaintiffs or their affiliates—including their families, educational institutions, and current or prospective employers—to convey any such statements, via Internet, emails, text, social media, or any other manner.

5. Plaintiffs are also AWARDED a total amount of $50,000.00 in general damages, comprised of the following amounts per Plaintiff, all for which let execution issue forthwith:

a. As to Count I, Plaintiff Cole Signorello is AWARDED $25,000.00; and

b. As to Count I, Plaintiff Porter Neubauer is AWARDED $25,000.00.

6. If they so choose, Plaintiffs may file a motion henceforth seeking taxable costs other than attorney's fees pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, to be determined by the Clerk of Court upon a timely bill of costs.

7. Plaintiffs are AWARDED interest from the date of this Final Default Judgment, compounded annually pursuant to the provisions of 28 U.S.C. § 1961.

8. The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction and over any post-judgment motions.

DONE AND ORDERED in Chambers at Miami, Florida, this __6th__ day of April, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  All counsel of record

3